**RAMZY PAUL LADAH**
Nevada Bar No. 11405
**JOSEPH C. CHU**
Nevada Bar No. 11082
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
*Attorneys for Plaintiff Maria McKellar*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA JONI MCKELLAR,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART STORES INC., #1584, a Foreign Company; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.   2:22-cv-0651-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 15)**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between Plaintiff, MARIA JONI MCKELLAR ("Plaintiff"), and Defendant, WALMART STORES INC. #1584 ("Defendant"), by and through their respective, undersigned counsel of record, that the deadline for Plaintiff to file a response to Defendant's Motion for Summary Judgment (ECF No. 15), be extended from March 14, 2023 to April 14, 2023.

This extension of time is being jointly requested by the parties, and is specifically being sought for two reasons.  First, this extension is sought to afford the parties additional time to resolve a lingering evidentiary dispute, which may bear relevance on the parties' summary judgment arguments.  The parties are working together on this issue conscientiously and in good faith, and anticipate resolving the same in the immediate future.  Second, the parties are engaged in continuous, progressive settlement discussions, and believe a global resolution of this matter

may be shortly attainable. The parties further agree these discussions may be hampered by the current briefing schedule on Defendant's Motion for Summary Judgment. However, the parties will proceed with the remaining summary judgment briefing if this matter cannot be settled within the next two weeks. As such, the parties do not anticipate pursuing any further extensions of the summary judgment briefing schedule.

Accordingly, the parties jointly and respectfully submit there exists good cause for the extension of time sought herein. This request is not being sought for reasons of undue delay or any other untoward purpose.

**IT IS HEREBY AGREED AND STIPULATED.**

DATED this 8th day of March, 2023.                    DATED this 8th day of March, 2023.

**LADAH LAW FIRM**                                            **ALVERSON TAYLOR & SANDERS**

/s/ Ramzy P. Ladah, Esq.                                        /s/ Madison M. Aguirre, Esq.

**RAMZY P. LADAH**                                            **KURT R. BONDS**
Nevada Bar No. 11405                                          Nevada Bar No. 6228
**JOSEPH C. CHU**                                             **MADISON M. AGUIRRE**
Nevada Bar No. 11082                                          Nevada Bar No. 16183
517 S. Third Street                                                   6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89101                                            Las Vegas, Nevada 89149
*Attorneys for Plaintiff*                                          *Attorneys for Defendant*

## ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein and good cause appearing:

**IT IS HEREBY ORDERED** that the deadline for Plaintiff to file a response to Defendant's Motion for Summary Judgment (ECF No. 15) is extended to Friday, April 14, 2023.

**IT IS SO ORDERED.**

By _____
UNITED STATES DISTRICT COURT JUDGE

DATED: March 9, 2023