UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIA JONI MCKELLAR,<br><br>    Plaintiff<br><br>v.<br><br>WALMART STORES, INC. #1584,<br><br>    Defendant | Case No.: 2:22-cv-00651-APG-DJA<br><br>**Order** |

The plaintiff's response to the defendant's motion for summary judgment references a video exhibit, but no such exhibit has been manually filed with the court.

I THEREFORE ORDER that if the plaintiff wants me to consider this exhibit in ruling on the motion, she must manually file it in compliance with Local Rule IC 1-1(d) by September 8, 2023.

DATED this 1st day of September, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE