**RAMZY PAUL LADAH**
Nevada Bar No. 11405
**JOSEPH C. CHU**
Nevada Bar No. 11082
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
*Attorneys for Plaintiff Maria McKellar*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA JONI MCKELLAR,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART STORES INC., #1584, a Foreign Company; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.   2:22-cv-0651-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRE-TRIAL ORDER**<br><br>**(First Request)** |

  IT IS HEREBY STIPULATED by and between Plaintiff, MARIA JONI MCKELLAR ("Plaintiff"), and Defendant, WALMART STORES INC. #1584 ("Defendant"), by and through their respective, undersigned counsel of record, that the deadline for the parties to file the Joint Pre-Trial Order be extended from November 27, 2023 to January 26, 2024.

  **This extension of time is being jointly requested as the parties have agreed to attend private mediation on January 16, 2024, with the Honorable Jackie Glass (Ret.) of Advanced Resolution Management.**  The parties are seeking to minimize all costs associated with preparing this case for trial pending completion of mediation.

. . .

Accordingly, the parties jointly and respectfully submit there exists good cause for the extension of time sought herein. This request is not being sought for reasons of undue delay or any other untoward purpose.

**IT IS HEREBY AGREED AND STIPULATED.**

| DATED this 20th day of November, 2023. | DATED this 20th day of November, 2023. |
|---|---|
| **LADAH LAW FIRM** | **HALL & EVANS, LLC** |
| /s/ Ramzy P. Ladah, Esq. | /s/ Tanya M. Fraser, Esq. |
| **RAMZY P. LADAH**<br>**JOSEPH C. CHU**<br>517 S. Third Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff Maria McKellar* | **KURT R. BONDS**<br>**MADISON M. AGUIRRE**<br>**TANYA M. FRASER**<br>1160 N. Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>*Attorneys for Defendant Walmart Stores, Inc.* |

### ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein and good cause appearing:

**IT IS HEREBY ORDERED** that the deadline for parties to file a Joint Pre-Trial is extended to January 26, 2024.

**IT IS SO ORDERED.**

By _____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
DATED: November 28, 2023

2