**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA JONI MCKELLAR, | Case No.: 2:22-cv-00651-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| WALMART STORES, INC. #1584, | |
| Defendant | |

The proposed joint pretrial order is overdue. See ECF No. 27.

I THEREFORE ORDER the parties to file a proposed joint pretrial order by February 16, 2024. Failure to comply with this order may result in sanctions against parties and their counsel, including the striking of claims or defenses.

DATED this 2nd day of February, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE