**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICE OF NEVADA

MARIA JONI MCKELLAR, an individual,

Plaintiff,
vs.

WALMART STORES INC., #1584, a Foreign Company; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,

Defendants.

CASE NO.: 2:22-cv-00651-APG-DJA

**STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff MARIA JONI MCKELLAR and Defendant WALMART STORES INC., #1584, by and through their respective counsel of record, that the claims asserted by Plaintiff MARIA JONI MCKELLAR against Defendant WALMART STORES INC., #1584 be dismissed in their entirety, with prejudice, the parties each to bear their own costs and fees.

. . .

. . .

. . .

. . .

. . .

. . .

Accordingly, the parties request that all related deadlines and hearings currently set in this case be VACATED.

**IT IS SO STIPULATED.**

DATED this 21st day of March, 2024.

**LADAH LAW FIRM**

*/s/ Joseph C. Chu*
Ramzy P. Ladah, Esq.
Nevada Bar No. 8856
Joseph C. Chu, Esq.
Nevada Bar No. 11082
517 S. Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

DATED this 21st day of March, 2024.

**HALL & EVANS, LLC.**

*/s/ Kurt R. Bonds*
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

DISTRICT COURT JUDGE

DATED: March 22, 2024

Respectfully submitted by:

HALL & EVANS, LLC

/s/ Kurt R. Bonds
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendants*

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022